**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| **ELEANOR McCULLEN, JEAN BLACKBURN ZARRELLA, GREGORY A. SMITH, CARMEL FARRELL,** and **ERIC CADIN,** ) ) ) ) ) | |
| Plaintiffs, ) ) | **Civil Action No.**_____ |
| v. ) ) | |
| **MARTHA COAKLEY,** Attorney General for the COMMONWEALTH OF MASSACHUSETTS**,** ) ) ) ) | |
| Defendant. ) | |

_____

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
_____

Plaintiffs, pursuant to Fed. R. Civ. P. 65(a) and Local Rule 7.1, hereby move the Court for entry of a preliminary injunction enjoining enforcement of Mass. Gen. L. chapter 266: Section 120E1/2(b), as amended, on the ground that it is unconstitutional on its face and as applied. In support of the motion, attached hereto as exhibits 1 through 12 are the declarations of Eleanor McCullen, Jean Blackburn Zarrella, Carmel Farrell, Eric Cadin, Gregory A. Smith, William Cotter, Esther Ripplinger, Sherri Lewellyn, Molly White, Marlynda Augelli, Magdalena Sam Castro, and Susanna Brennan. Simultaneously herewith Plaintiffs also submit a memorandum of law.

WHEREFORE, Plaintiffs request that their motion for preliminary injunction be granted.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Plaintiffs request oral argument because they believe it will aid the Court in deciding the motion.

## CERTIFICATION OF COMPLIANCE

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel for Plaintiffs hereby certifies that on Monday, December 31, 2007 he conferred on this motion with Kenneth W. Salinger, Esq., Administrative Law Division, Office of the Attorney General, Commonwealth of Massachusetts. Attorney Salinger stated that the Commonwealth will oppose this motion.

/s/ Michael J. DePrimo
Michael J. DePrimo, Esq.
Pending admission *pro hac vice*
Counsel for Plaintiffs

Respectfully submitted,

/s/ Philip D. Moran
Philip D. Moran, MA Bar # 353920
Philip D. Moran P.C.
265 Essex St., Suite 202
Salem, Massachusetts 01970
Tel: (978) 745-6085
Fax: (978) 741-2572
Email: philipmoranesq@aol.com

Michael J. DePrimo, CT Bar # 402211
Pending admission *pro hac vice*
Attorney at Law
778 Choate Avenue
Hamden, Connecticut 06518
Tel: (203) 281-1496
Fax: (203) 281-1496
Email: michaeldeprimo@gmail.com

Benjamin W. Bull, AZ Bar # 009940
Pending admission *pro hac vice*
Alliance Defense Fund
15100 N. 90th Street
Scottsdale, Arizona 85260
Tel: (480) 444-0020
Fax: (480) 444-0028
Email: bbull@telladf.org

Kevin H. Theriot, KS Bar # 21565
Pending admission *pro hac vice*
Alliance Defense Fund
15192 Rosewood
Leawood, Kansas 66224
Tel: (913) 685-8000
Fax: (913) 685-8001
Email: ktheriot@telladf.org

Timothy D. Chandler, CA Bar # 234325
Pending admission *pro hac vice*
Alliance Defense Fund
101 Parkshore Drive, Suite 100
Folsom, California 95630
Tel: (916) 932-2850
Fax: (916) 932-2851
Email: tchandler@telladf.org