# Exhibit 6

EXHIBIT 6

## DECLARATION OF WILLIAM COTTER
## IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

William Cotter, upon oath and affirmation, hereby deposes and says:

1. I make this declaration upon my personal knowledge of the facts, and I am competent to testify to the facts stated herein.

2. I am the President of Operation Rescue Boston.

3. I founded Operation Rescue Boston in 1987-88. I have been President of Operation Rescue Boston since its founding.

4. I am familiar with pro-life demonstration activity at and near Massachusetts abortion facilities.

5. To my knowledge there have been no rescues or blockades at Massachusetts abortion facilities since 1992. Had there been others I likely would have known about them.

6. To my knowledge there have been no criminal convictions for any pro-life activity occurring at or near Massachusetts abortion facilities in the past twelve years.

7. To my knowledge the last act of violence by an allegedly pro-life advocate at Massachusetts abortion facilities occurred in 1994. These were the actions of John Salvi, a man never affiliated with Operation Rescue Boston.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 27th day of December, 2007.

*/s/ William Cotter*
William Cotter