Exhibit 7

EXHIBIT 7

## DECLARATION OF ESTHER RIPPLINGER
## IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Esther Ripplinger, upon oath and affirmation, hereby deposes and says:

1. I make this declaration upon my personal knowledge of the facts, and I am competent to testify to the facts stated herein.

2. I am a 41-year-old mother of one child. I am a resident of Milton, Washington.

3. I had an abortion in 1985. I was 19. I was pregnant and scared. My boyfriend and his family told me to get an abortion. I feared the alternative, which was to be a mother all alone.

4. At the clinic, I hoped to hear compassionate advice. I told a staff member that my boyfriend and I had plans on paper to be married, but his parents insisted on the abortion. "These kinds of relationships don't work out at your age," she said discouragingly. I was not made aware of the many community services available for pregnant women.

5. I asked the woman about the baby's stage of development. "It's only a blob of tissue," she said. Much later I learned that my baby already had hands, feet and a beating heart.

6. She proceeded to sell me the abortion as a "quick and painless, routine procedure." To explain the procedure, she showed me a model to demonstrate the "laminaria," which were to be inserted. "Beyond this point", she emphasized, "You must not change your mind." As I entered the waiting room, they gave me Valium. I wished

1

for a way out even then, but the medicine caused me to not worry about anything. After the "laminaria" procedure, I thought it was too late to change my mind, because of what she had told me.

7. While on the table, a man entered. Though he would perform the abortion, I had not seen him or spoken to him before that moment. Both the sound of the machine and the pain were shocking to me. I was not informed of this excruciating pain. In fact, the woman told me I would feel "minor discomfort." There I was, gripping for my life, feeling intense pain in the most tender part of my body as my baby was sucked out of me with a vacuum device.

8. For a brief moment, I recuperated on a cot. They needed a place to rest another girl. Though I was hardly ready to leave, a woman came to show me out the back fire door. Gingerly, I walked out. This was not the door I entered into the waiting room. Surely someone coming in the front door would be disturbed if they saw how I looked afterwards.

9. I lived in denial for many years, and did not realize to what extent the abortion had affected me. I experienced periods of depression, especially during a certain part of the year, for which I was prescribed an anti-depressant. Years later, I realized my annual increased depression was the anniversary of the abortion. My body had remembered this trauma, though I had tried to forget it.

10. I experienced extreme anxiety over the vacuum cleaner, which I later realized was because it reminded me of the suction from the abortion. I also became overly protective of my young son and feared he might die.

11. I have lived with the consequences of my "choice." I have found it to be the

worst decision I have ever made. The pain and incredible loss of a child lasts a lifetime. If someone had given me information and alternatives as I walked into the clinic, I would not have made this choice and paid this price.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of January, 2008.

Esther Ripplinger