Exhibit 8

**EXHIBIT** $\underline{8}$

### DECLARATION OF SHERRI LEWELLYN
### IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Sherri Lewellyn, upon oath and affirmation, hereby deposes and says:

1. I make this declaration upon my personal knowledge of the facts, and I am competent to testify to the facts stated herein.

2. I am 44 years old, a mother of 2 children, and a resident of Hendersonville, Tennessee.

3. In the summer of 1982, I was a frightened 18-year-old girl climbing the steps to the entrance of a downtown building in Columbus, Ohio. There was no one on those steps to offer help or tell me what would happen, and I walked through that door feeling alone.

4. Soon I was lying on a cold, hard table. The moment they inserted something into my vagina I cried out, "No! Please don't take my baby!" I felt a searing pain and knew it was too late. I lay there whimpering, "No...no...no...," and felt utterly alone, knowing my baby was no more.

5. As I descended the steps of that abortion clinic, I felt even more frightened than when I entered. I felt lost. I was hurting and so alone. I wish someone had been there to offer support and comfort.

6. As the years went by, an immense loss haunted my days and nights. At times the pain became so unbearable that I labored to even take in a single breath. Doctors gave me pills to fix my depression but they only numbed the pain for a while. At times I desperately wished that it was my life I took instead of that of my unborn child. Often,

/

while hearing the cries of a baby, sudden weeping overwhelmed me.  The longing and aching to hold my child will be with me the rest of my life.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of January, 2008.

Sherri Lewellyn

2