# Exhibit 12

EXHIBIT 12

## DECLARATION OF SUSANNA BRENNAN
## IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Susanna Brennan, upon oath and affirmation, hereby deposes and says:

1. I make this declaration upon my personal knowledge of the facts, and I am competent to testify to the facts stated herein.

2. I am a 53-year-old resident of Salem, Massachusetts.

3. In 1975, my husband and I found out I was pregnant just months after getting married. We looked in the Yellow Pages for help. I had just moved to Boston and did not have a job yet. My husband made minimum wage, so we were scared. We found what we thought sounded like somewhere we could go to get help on becoming parents: Planned Parenthood.

4. We went to the clinic in Brighton, MA. I do not remember any pro-life people being there outside. Instead of getting the information and help we needed to make the pregnancy work, we were literally coerced into having an abortion. I remember the counselor, in a condescending, authoritative way, telling us in no way could we afford a baby. It would not be fair to the child, my husband would have to work three jobs and we'd never see each other and so on. She presented it in a way that there was no other choice.

5. We did not receive any literature or information at Planned Parenthood. Only a cold, decisive woman who was determined to take our money and end the life of our unborn child. I absolutely wish someone could have told me the truth and helped me. There was no other information given to us at all – nothing about getting financial and other assistance, what the actual act of abortion was, or what the aftereffects would do to us.

-1-

6. What a difference it would have made if pro-life people were there when we walked in, as we were looking for a way to make the pregnancy work. In hindsight today, I believe if someone had approached us outside of the clinic, I would be a proud parent today and perhaps even married to my husband.

7. The abortion, which we were told would save our marriage, in turn actually ended it. Our relationship immediately grew sour, my husband turned to alcohol and drugs and I to compulsive overeating. We never spoke of the abortion again but continued to individually self-destruct. Three and a half years later the marriage was over and we separated.

8. Since that time, I went on to have another abortion with another man as I felt I had no right becoming a mother – after all, if I could do something so horrendous, how could I be a good mother? My life spiraled out of control after that. I became an alcoholic, bulimic, clinically depressed and suicidal. It was not until 1995, twenty years later, that I found hope and forgiveness. Today, I am helping other post-abortive women find the same hope and healing through the same support group I went through.

9. I truly wish that there had been someone outside the clinic to help me choose life. It's the worst decision a woman or couple can make; however, so many do not know the truth about abortion and think it's the only way out of a tough situation. They need to have loving, knowledgeable people available to them to help them see there is another way.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of January, 2008.

*Susanna Brennan*
Susanna Brennan