# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| **ELEANOR McCULLEN, JEAN BLACKBURN ZARRELLA, GREGORY A. SMITH, CARMEL FARRELL,** and **ERIC CADIN,** )<br><br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>**MARTHA COAKLEY,** Attorney General for the COMMONWEALTH OF MASSACHUSETTS**,**   )<br>)<br>Defendant.   ) | **Civil Action No.**_____ |

_____

## PLAINTIFFS' MOTION TO ENLARGE PAGE LIMIT IN MEMORANDUM OF LAW IN SUPPORT OF PRELIMINARY INJUNCTION
_____

Plaintiffs, by and through counsel, pursuant to Local Rule 7.1(b)(4), hereby move the Court for an order allowing an enlargement of pages for their memorandum of law in support of their motion for preliminary injunction. As grounds, Plaintiffs show the Court the following:

1. Local Rule 7.1(b)(4) limits to twenty (20) the number of pages that may be included in a memorandum of law in support of any motion.

2. This case presents facial and as applied challenges to the constitutionality of a buffer zone law of unprecedented scope that severely burdens rights guaranteed by the First and Fourteenth Amendments to the United States Constitution.

3. Plaintiffs' memorandum of law in support of their motion for preliminary injunction is fifty-four (54) pages.

4. The additional pages are necessary to provide the Court with a thorough presentation of binding case law relevant to the issues presented.

WHEREFORE, Plaintiffs request that their motion to enlarge pages be granted.

Respectfully submitted,

/s/ Philip D. Moran
Philip D. Moran, MA Bar # 353920
Philip D. Moran P.C.
265 Essex Street, Suite 202
Salem, Massachusetts 01970
Tel: (978) 745-6085
Fax: (978) 741-2572
Email: philipmoranesq@aol.com

Michael J. DePrimo, CT Bar # 402211
Pending admission *pro hac vice*
Attorney at Law
778 Choate Avenue
Hamden, Connecticut 06518
Tel: (203) 281-1496
Fax: (203) 281-1496
Email: michaeldeprimo@gmail.com

Kevin H. Theriot, KS Bar # 21565
Pending admission *pro hac vice*
Alliance Defense Fund
15192 Rosewood
Leawood, Kansas 66224
Tel: (913) 685-8000
Fax: (913) 685-8001
Email: ktheriot@telladf.org

Timothy D. Chandler, CA Bar # 234325
Pending admission *pro hac vice*
Alliance Defense Fund
101 Parkshore Drive, Suite 100
Folsom, California 95630
Tel: (916) 932-2850
Fax: (916) 932-2851
Email: tchandler@telladf.org