# Exhibit 6

2007 Massachusetts Senate Bill No. 1353, Massachusetts One Hundred Eighty-Fifth General Court (FULL TEXT - NETSCAN)

MASSACHUSETTS BILL TEXT

VERSION: Introduced
January 10, 2007
Jarrett T. Barrios

TEXT:

SENATE, No. 1353
*****************
By Mr. Barrios, a petition (accompanied by bill, Senate, No. 1353) of Jarrett T. Barrios, Carl M. Sciortino, Jr., Mark C. Montigny, Willie M. Allen and other members of the General Court for legislation relative to access to reproductive health centers. Public Safety and Homeland Security. Version with line numbers
The Commonwealth of Massachusetts =================================
----------------------
In the Year Two Thousand and Seven. ------------------------------------
----------------------
AN ACT relative to public safety --------------------------------
Be it enacted by the Senate and House of Representatives in General Court assembled, and by the authority of the same, as follows:
-------------
SECTION 1.
Whereas preservation of public safety is a fundamental obligation of state government;
Whereas pedestrians have a right to travel peacefully on Massachusetts streets and sidewalks; and
Whereas clearly defined boundaries improve the ability of safety officials to protect the public;
Section 1. Section 120E1/2 of Chapter 266 is hereby amended by deleting subsection (b) and inserting in place thereof the following subsection:
-
(b) No person shall knowingly enter or remain on a public way or sidewalk adjacent to a reproductive health care facility within a radius of thirty-five feet of any portion of an entrance to, exit from, or driveway of a reproductive health care facility, or within the area within a rectangle created by extending the outside boundaries of any entrance to, exit from, or driveway of, a reproductive health care facility in straight lines to the point where such lines intersect the sideline of the street in front of such entrance, exit or driveway. This subsection shall not apply to the following:
persons entering or leaving such facility;
employees or agents of such facility acting within the scope of their employment;
law enforcement, ambulance, firefighting, construction, utilities, public works and other municipal agents acting within the scope of their employment;

persons using the public sidewalk or street right-of-way adjacent to such facility solely for the purpose of reaching a destination other than such facility.

2007 MA S.B. 1353 (NS)

END OF DOCUMENT

2007 MA S.B. 1353 (NS)