AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF     Connecticut

**CERTIFICATE OF GOOD STANDING**

I, _Roberta D. Tabora_, *Clerk of this Court,*

*certify that* _Michael J. DePrimo_, *Bar #* _CT15802_,

*was duly admitted to practice in this Court on*

_1/16/1996_, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _New Haven_ *on* _12/27/2007_.
              LOCATION                       DATE

ROBERTA D. TABORA
CLERK                                            DEPUTY CLERK