AO 136 (Rev. 9/98) Certificate of Good Standing

# United States District Court

DISTRICT OF  Arizona

**CERTIFICATE OF
GOOD STANDING**

I, _____ Richard H. Weare _____, Clerk of this Court,

certify that __**Benjamin W. Bull**__ duly admitted

to practice in this Court on _____ June 10, 1985 _____,
                                              DATE

and is in good standing as a member of the Bar of this Court.

Dated at _____ Phoenix, AZ _____ on __ January 7, 2008 __
                    LOCATION                            DATE

Richard H. Weare
CLERK

[signature]
DEPUTY CLERK