AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

**DISTRICT OF**     KANSAS

**CERTIFICATE OF
GOOD STANDING**

I, _____ INGRID A. CAMPBELL _____ , Acting Clerk,

certify that _____ Kevin Theriot _____ , Bar # _____ 21565 _____ ,

was duly admitted to practice in this Court on

_____ April 30, 2004 _____ , and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _____ Kansas City, Kansas _____ on _____ January 11, 2008 _____ .
LOCATION                                     DATE

_____ INGRID A. CAMPBELL _____     *Marla Gonzales*
ACTING CLERK                                 DEPUTY CLERK