**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| **ELEANOR McCULLEN, JEAN BLACKBURN ZARRELLA, GREGORY A. SMITH, CARMEL FARRELL,** and **ERIC CADIN,** | ) ) ) ) ) |
| Plaintiffs, | )  **Civil Action No.**_____ ) |
| v. | ) ) |
| **MARTHA COAKLEY,** Attorney General for the COMMONWEALTH OF MASSACHUSETTS**,** | ) ) ) ) |
| Defendant. | ) |

_____

**MOTION TO ADMIT TIMOTHY D. CHANDLER PRO HAC VICE**
_____

Philip D. Moran, a member in good standing of the Bar of this Court, hereby moves for the admission of Timothy D. Chandler to participate in the conduct of the trial of this action and related pre-trial and post-trial proceedings on behalf of Plaintiffs. In support of this motion, Mr. Chandler states as follows:

1.  I am a licensed attorney with three (3) years experience in federal civil rights and First Amendment litigation. My business address is Alliance Defense Fund; 101 Parkshore Drive, Suite 100; Folsom, California 95630. My telephone number is (916) 932-2850. My email address is tchandler@telladf.com.

2.  I am an active member in good standing of the State Bar of California (Bar # 234325). I am admitted to practice, and in good standing, in the United States District Courts for the Northern, Southern, Eastern, and Central Districts of California, as well as the United States Court of Appeal for the Ninth Circuit.

1

3.      I have never been subject to professional disciplinary proceedings, or criminal charges, of any kind, and my name does not appear on any list of attorneys disqualified to appear in the aforementioned courts or any other courts of record. There are no disciplinary proceedings currently pending against me.

4.      I will familiarize myself with and comply with the standards of professional conduct required of members of the Massachusetts State Bar and the local rules of this Court.

5.      Attached hereto is a true and correct copy of a Certificate of Good Standing from the United States District Court for the Eastern District of California, dated December 26, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy D. Chandler
Timothy D. Chandler

WHEREFORE, movant hereby moves the court to admit Timothy D. Chandler *pro hac vice* to appear on behalf of Plaintiffs in this action.

## CERTIFICATION OF COMPLIANCE

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that on Monday, December 31, 2007, counsel for Plaintiffs conferred with Kenneth W. Salinger, Esq., Administrative Law Division, Office of the Attorney General, Commonwealth of Massachusetts, who stated that the Commonwealth does not oppose this motion.

Respectfully submitted,

/s/ Philip D. Moran
Philip D. Moran, MA Bar # 353920
Philip D. Moran P.C.
265 Essex Street, Suite 202
Salem, Massachusetts 01970
Tel: (978) 745-6085
Fax: (978) 741-2572
Email: philipmoranesq@aol.com