AO 136 (Rev. 9/98) Certificate of Good Standing

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF GOOD STANDING**

*I, Victoria C. Minor, Clerk of this Court,*

*certify that* __Timothy Donald Chandler__ *, Bar #* __234325__ *,*

*was duly admitted to practice in this Court on*

__December 10, 2004__ *, and is in good standing*

*as a member of the Bar of this Court.*

Dated: __December 26, 2007__.

*Victoria C. Minor*
Victoria C. Minor, Clerk of Court