Volume 1, Pages 1-37
UNITED STATES DISTRICT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - x

ELEANOR McCULLEN, et al.,

            Plaintiffs,

    v.                        No.  1:08-cv-10066-JLT

MARTHA COAKLEY, as Attorney
General for the COMMONWEALTH
OF MASSACHUSETTS, et al.,

            Defendants.

- - - - - - - - - - - - - - - - - - - - x

Complete Caption on Next Page


DEPOSITION OF ERIC CADIN
Wednesday, May 11, 2011, 1:03 p.m.
Office of the Atty. General
100 Cambridge Street, 12th Floor
Boston, MA  02114


-----Reporter:  Carol A. Pagliaro, CSR/RPR/RMR-----


FARMER ARSENAULT BROCK LLC
www.fabreporters.com
50 Congress Street, Suite 415
Boston, Massachusetts  02109
617.728.4404 ~ Fax 617.728.4403

2

```
 1       - - - - - - - - - - - - - - - - -
 2   ELEANOR McCULLEN, JEAN BLACKBURN ZARRELLA,
 3   GREGORY A. SMITH, CARMEL FARRELL, ERIC CADIN,
 4   CYRIL SHEA, DONALD GOLDEN, NANCY CLARK,
 5   MARK BASHOUR, and NOREEN BEEBE,
 6          Plaintiffs,
 7      v.             No.  1:08-cv-10066-JLT
 8   MARTHA COAKLEY, as Attorney General for the
 9   COMMONWEALTH OF MASSACHUSETTS; DANIEL F.
10   CONLEY, as District Attorney for Suffolk
11   County; MICHAEL W. MORRISSEY, as District
12   Attorney for Norfolk County; MARK G.
13   MASTROIANNI, as District Attorney for
14   Hampden County; and JOSEPH D. EARLY, JR.,
15   as District Attorney for Worcester County
16          Defendants.
17
18       - - - - - - - - - - - - - - - - -
19
20
21
22
23
24
```

4

```
 1              I N D E X
 2   EXAMINATION OF:               PAGE
 3   ERIC CADIN
 4     By Atty. Salinger.........................5
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

3

```
 1   A P P E A R A N C E S
 2
 3   LAW OFFICE OF MICHAEL J. DePRIMO
 4      By Atty. Michael J. DePrimo
 5      778 Choate Avenue
 6      Hamden, CT  06518
 7      203.893.9393 ~ Office/Fax 203.281.1496
 8      michaeldeprimo@gmail.com
 9      Counsel for the Plaintiffs
10
11   OFFICE OF THE ATTORNEY GENERAL
12      By Kenneth W. Salinger, AAG
13      -and-
14      By Gabrielle Viator, AAG
15      100 Cambridge Street, 11th Fl.
16      Boston, MA  02114
17      Mailing:  One Ashburton Place, 18th Fl.
18      Boston, MA  02108
19      gabrielle.viator@state.ma.us
20      ken.salinger@state.ma.us
21      Counsel for the Defendants.
22
23   Also present:  Shelley Barron
24
```

5

```
 1          P R O C E E D I N G S
 2            ERIC CADIN,
 3   a witness called on behalf of the Defendants, having
 4   been satisfactorily identified by the production of
 5   his driver's license and duly sworn by the Notary
 6   Public/Court Reporter, was deposed and testified as
 7   follows:
 8            DIRECT EXAMINATION
 9   BY ATTY. SALINGER:
10     Q.  Good afternoon, Mr. Cadin.  As you know, we
11   just met, I'm Ken Salinger, one of the lawyers
12   representing the Commonwealth, and I assume you also
13   know you are here today so I can ask you a series of
14   questions and you can answer them.
15     A.  Yes.
16     Q.  The questions I'm going to ask you, in
17   terms of time period, I'm almost entirely going to
18   be focusing on the past three and a half years; in
19   other words, since the time the legislature changed
20   the buffer zone statute.
21     A.  Okay.
22     Q.  I gather that periodically you spend time
23   outside the Planned Parenthood Clinic in Boston; is
24   that correct?
```

**6**

1    A. Yes.
2    Q. How often do you go there?
3    A. Now it is approximately once a month or --
4  once or twice a month. In the past -- I'm in school
5  now, so that is why it's more limited. When class
6  is in session it would generally be about once a
7  week.
8    Q. Where are you in school.
9    A. I'm at St. John's Seminary in Brighton.
10    Q. So, for example, summers you would
11  typically go once a week?
12    A. Right. Summer specifically would be once a
13  week.
14    Q. Do you ever go the clinic at issue in this
15  case in Worcester?
16    A. No.
17    Q. How about the clinic in Springfield?
18    A. No.
19    Q. It's about to leave the case, but do you
20  ever go to the clinic in Brookline?
21    A. I have been twice.
22    Q. Do you stick to a regular schedule for when
23  you go outside the clinic in Boston?
24    A. Yes. For the most part I try to go on the

**7**

1  same day for a few hours in the morning.
2    Q. Which day do you particularly go when you
3  go once a month?
4    A. Thursday, this year, I had free, so I would
5  go -- it would depend on when my schedule was open.
6  In this year it was Thursday.
7    Q. And so what, the second Thursday of each
8  month or something like that?
9    A. That would not be a set. It would depend
10  on class exams or papers and things.
11    Q. And when class is not in session and you
12  are going about once a week, do you go the same day
13  each week or does that vary as well?
14    A. That can vary. I would often go on
15  Tuesday. Last summer it was Tuesday, Tuesday or
16  Wednesday I would go.
17    Q. The days that you would go, are those days
18  you would pick because they were convenient for you,
19  or did you pick those days because somebody else
20  asked you to be there then, or for some other
21  reason?
22    A. Most of the time it was convenient. At
23  other times, Bill Cotter, who organizes a schedule
24  of sorts to make sure there are people there, would

**8**

1  make known that there were -- someone wouldn't be
2  able to make it, so there would be a need for a
3  particular day, and then I would try to go in that
4  time.
5    Q. Bill Cotter organizes or runs Operation
6  Rescue in Boston; is that right?
7    A. I believe so.
8    Q. How do you know Bill Cotter?
9    A. I met him through Eleanor McCullen and from
10  being out at the Planned Parenthood.
11    Q. In Boston?
12    A. Mm-mm.
13    Q. You said you typically go for a few hours
14  in the morning; what hours are those?
15    A. It would be typically, I will say, 8:30
16  until 11:30, 12:00.
17    Q. Are you usually there with someone or are
18  you usually there alone?
19    A. It's a mix, sometimes with someone,
20  sometimes -- I've been there on my own a number of
21  sometimes.
22    Q. If you are there with someone are there
23  particular people you are typically there with?
24    A. I've been there with Eleanor McCullen a

**9**

1  number of times.
2    Q. Have you been there with anybody other than
3  Eleanor?
4    A. Yes, and their names escape me at the
5  moment.
6    Q. Men, women, both?
7    A. Mostly women predominantly, almost
8  exclusively women.
9    Q. When you are outside the clinic in Boston,
10  what do you do?
11    A. I try to speak with the women coming in for
12  abortion and with the people who are bringing them,
13  who are accompanying them, try to have a
14  conversation, try to express to them the options
15  aside from abortion that are available, all of the
16  help that is available.
17    Q. Women might go to Planned Parenthood for
18  many reasons; how do you know which women are going
19  there for an abortion?
20    A. I don't know everyone that is going there
21  for abortion. A number will say explicitly when
22  engaged in conversation that is why they are going.
23  Others will look as if -- they will be in very
24  loose-fitting clothing and with a friend who is

10

1  accompanying them, and usually in pairs or -- so I
2  try to engage anyone who is going in, because I'm
3  not being aggressive or anything like that.
4      I'm trying to make them know and give
5  them the information that there are others options
6  and that there is real help available, and so even
7  if they weren't going in for an abortion, I mean,
8  all of this information is very good and helpful and
9  is only for -- if it's not particular to them at
10 that moment, maybe one of their friends or someone
11 they know could really use this information, so...
12     Q.  How do you go about engaging someone in
13 conversation?
14     A.  I will say hello, I will just engage them
15 in conversation.  Like I would say -- just make
16 known all the help that is available.  I would let
17 them know there are other options, that they don't
18 have to be forced into this decision, and just
19 engage them in a very human, personal way with, you
20 know, a very friendly demeanor and inviting -- just,
21 I guess, just an inviting demeanor, perspective, so
22 that a number will stop and talk to me, see what I
23 have to say, not yelling at them or lecturing them.
24     Q.  Help me get a picture.  You are doing this

11

1  on the sidewalk along Comm. Ave.?
2      A.  Yes.  So it would be on the sidewalk on
3  Comm. Ave. if you're looking at Planned Parenthood
4  to the right, or in front of Star Market it would
5  have to be.
6      Q.  We marked a few pictures as exhibits this
7  morning when I was talking with Ellen McCullen.  I'm
8  going to show you what has been marked as Exhibit
9  No. 6, for example.  That is a picture of the front
10 of the Planned Parenthood Clinic in Boston, right?
11     A.  Yes.
12     Q.  And the street at the bottom of the
13 photograph, that is Commonwealth Avenue?
14     A.  Yes.
15     Q.  So you can see the entrance of Planned
16 Parenthood, and across that is what, Alcorn Street?
17 You can see Star Market?
18     A.  Mm-hmm.
19     Q.  So if one were looking at the entrance to
20 Planned Parenthood, as you were saying, you could
21 either stand off to the right on the sidewalk or to
22 the left across Alcorn Street and in front of the
23 Star Market there?
24     A.  Right.  That is generally where I would

12

1  stand.
2      Q.  That is generally where you would stand?
3      A.  Mm-hmm.
4      (The Court Reporter asks the Witness to
5  respond with a word rather than a sound.)
6      A.  At times I stand on -- yes, I stand on this
7  side or on that side.
8      Q.  So when you are seeking to engage in
9  conversation with people who might be going to
10 Planned Parenthood, do you ever position yourself in
11 a location other than the two you just described?
12     A.  There are times when I would position
13 myself in front, but there is only a very small area
14 to stand and because -- if I'm there by myself, I
15 can't be on both sides at the same time, and so if
16 I'm standing directly in front, I can see both sides
17 approaching, but I'm in the street and/or right on
18 the edge, and it's a very busy street, so...
19     Q.  What we marked as Exhibit 8 might help
20 depict what you were just describing.  This is a
21 view, tell me whether I'm right, looking from Alcorn
22 Street at the Planned Parenthood Clinic entrance?
23     A.  Yes.
24     Q.  The yellow line there is the buffer zone

13

1  line; is that right?
2      A.  Yes.
3      Q.  And there is a gentleman with a blue shirt
4  and khaki pants just inside the buffer zone line.
5  Between him and the orange barrel there's a small
6  strip of sidewalk outside the buffer zone.  Do you
7  see that?
8      A.  Yes.
9      Q.  Is that the location you were talking about
10 when you said sometimes you stand directly in front
11 of the --
12     A.  Yes, I would stand there.
13     Q.  Let's see.  Sometimes you say you are there
14 with Eleanor McCullen.  Do you two stand together or
15 do you each take one side of the entrance?
16     A.  We will do both, because each of us has a
17 different perspective and a unique perspective.  She
18 is older and female and I am younger and male, and
19 so what she has to say is different than what I have
20 to say, so there are times when we would both stand
21 on the same side and we would both engage a person,
22 and there are other times where we would be on
23 opposite sides.
24     Q.  In a typical morning, if you are there on

14

1  the sidewalk for three or three and a half hours,
2  how many different women or couples will you end up
3  having conversation with?
4      A.  I would say more than 10.  I don't know a
5  precise number.
6      Q.  Sure.  And the number more than 10, that is
7  a rough estimate of the number of people who
8  actually stop and engage in conversation with you?
9      A.  Yes.
10     Q.  There are other people who you try to
11 engage in conversation, but for whatever reason they
12 don't do so?
13     A.  Yes, yes.
14     Q.  Do you have any sort of sign with you when
15 you stand outside this clinic?
16     A.  I have not held a sign on many occasions
17 there.
18     Q.  You have held a sign on a few occasions?
19     A.  There have been times where I would go with
20 a large group, and those couple of times I would
21 hold a sign rather than have extensive conversation
22 with people, just for my own reasons.
23     Q.  The times you were there with a larger
24 groups, was this one of the second Saturdays of the

16

1  to the women and men who were going in.  There would
2  be escorts, so I guess they would be employees of
3  Planned Parenthood or marked as Planned Parenthood
4  escorts who would identify, in the same way we
5  would, people who they think were going in and would
6  go and literally escort them from wherever they
7  picked them up to prevent them from hearing or
8  engaging with any of us.
9          They would either literally stand in the
10 way of what we were doing and follow that person all
11 the way to the door, or would start speaking with
12 that person while we were to sort of drown out what
13 we were saying, or to say that what we were doing,
14 that we shouldn't be listened to, we are crazy, we
15 are just pro life fanatics, or any number of things
16 and to impede and just to block either our message
17 or our ability to even engage them.
18     Q.  What else can you tell me that you saw or
19 heard when you were there with these larger Saturday
20 groups?
21     A.  I don't know what specifically you are
22 looking for.
23     Q.  The people in the group accompanying you or
24 the group that you were accompanying, what else were

15

1  month gatherings?
2      A.  Yes.
3      Q.  Why don't you describe to me those few
4  Saturdays when you were there with the large group
5  what happened.
6      A.  I would go -- the most recent one was maybe
7  two months ago, and a large group of us from my
8  school, we joined with the second Saturday group,
9  and so there were a large number of people there,
10 and I primarily wanted to pray during those times,
11 and hold a sign, so those would be -- so then we
12 would be standing in the street.
13     Q.  The sign that you were holding, what did it
14 say?
15     A.  I don't remember specifically.
16     Q.  I'm just wondering whether I have any
17 illustrative photos of the gathering you were
18 describing.  Never mind.
19         What else can you remember happening
20 when you were there with the larger groups on a
21 Saturday?  In other words, what were other people
22 doing?  You described what you were doing there.
23     A.  I would be -- so I was praying.  Some
24 people would be trying to counsel the women and talk

17

1  they doing?
2      A.  On those days there tended to be someone
3  leading the Rosary, so we were praying the Rosary in
4  a large group, and praying the Devine Mercy Chaplet,
5  and people holding a crucifix or sign to --
6      Q.  Did you ever see people holding a large
7  crucifix that would rest on the ground, for example?
8      A.  I can't remember.  People would certainly
9  have a crucifix.  I can't remember if it was a large
10 crucifix.
11     Q.  The prayers, did anybody when you were
12 there have a microphone to amplify their prayer?
13     A.  Yes.
14     Q.  Was there a particular person who would
15 have the microphone typically?
16     A.  It would be whoever was leading.  Like in
17 the Rosary, there would be five decats, and so a
18 different person would lead each one and be given
19 the microphone.
20     Q.  Again focusing on these Saturdays, did
21 anybody in the group have signs?
22     A.  Yes, people would have signs.  There were
23 signs.
24     Q.  Do you remember what any of those signs

18

1 said either specifically or in substance?
2     A. One I can remember is it had a blue
3 background, and it's this little baby, and it said
4 Life on it, and someone has a sign -- I think there
5 is a sign that said Abortion is Murder.
6     Q. The Saturday gatherings, the ones you have
7 been to, how long do they last typically?
8     A. I think two hours. I couldn't say exactly
9 with confidence the exact amount of time,
10 approximately two hours.
11     Q. Your best estimate is two hours?
12     A. I think so.
13     Q. So let's turn back to when you are there
14 either alone or with Eleanor. Do you hand out
15 literature?
16     A. Yes, at times I will have a small pamphlet
17 generated by A Woman's Concern that I would hand or
18 attempt to hand to the women going in, anyone
19 passing by. It has, in very brief form, a lot of
20 the information and services that are available for
21 help.
22     Q. Is the pamphlet marked Exhibit 1, by any
23 chance, the one you have in mind?
24     A. That one is not the one I have in mind. I

19

1 think that is an older one.
2     Q. Do you remember the color of the one you
3 have in mind?
4     A. Smaller and -- that one.
5     Q. Exhibit 3?
6     A. Yes, this one.
7     Q. When you are handing that out where do you
8 get your copies of that from?
9     A. Either Bill Cotter or Eleanor McCullen.
10     Q. In a typical morning -- again if you're
11 there three, three and a half hours -- how many
12 copies of this will you hand out that women will
13 actually take from you?
14     A. I would say 20 to 30 maybe, but it's
15 significantly less because of the buffer zone. I'm
16 not able to hand out -- because previously I was
17 able to at least hand one to almost everyone who
18 went in and now that is just not possible.
19     Q. Previously you liked to stand closer to the
20 actual entranceway; is that correct?
21     A. Yes.
22     Q. From that location you could try to hand
23 literature to just anybody going in?
24     A. Yes, and most people would take the

20

1 literature then.
2     Q. Now that you are remaining outside the
3 buffer zone?
4     A. It's very difficult to even hand out the
5 literature because, one, when I was able to stand
6 inside what is the buffer zone now, it was far
7 easier to see who was going in. Now you don't know
8 as easily as you could before and so now the -- and
9 if I'm on one side I can't -- by the time I would
10 get to the other side, they would have, in a lot of
11 cases, already gotten into the buffer zone, so it is
12 not possible to give them to them, and then on the
13 left side, the Alcorn Street side in front of --
14 basically in front of the Star Market, there is -- I
15 mean, there is a lot of people, some going into Star
16 Market, some going to Planned Parenthood, so it's
17 just harder to be able to give them to the people
18 who would benefit.
19     Q. In a typical morning when you are there on
20 the sidewalk outside the clinic, how many women
21 actually stop or at least pause and engage in some
22 conversation with you?
23     A. I think I said before at least 10, roughly,
24 I would have some kind of conversation with.

21

1     Q. In having those conversations, what is your
2 goal? What are you trying to accomplish?
3     A. I want to, one, let them know that there is
4 all sorts of help available for them and that I and
5 the people at these centers, and anyone else who is
6 present at these things, really does care about them
7 and wants to help them, and help their child, and
8 help their situation, that this is not the only
9 choice that they have, which a lot feel.
10     Q. Are you hoping to encourage women to visit
11 a Woman's Concern instead of going to Planned
12 Parenthood?
13     A. If they wanted and need the services that
14 they had, certainly. If they didn't need these
15 particular services or want these particular
16 services, I don't force them and wouldn't, but this
17 is a particular place that is just an example of a
18 place that has very real help.
19     Q. For you, what is a successful interaction
20 with a woman outside the clinic?
21     A. Well, at the minimum, that they can receive
22 the information that I have, that they know in a way
23 that a lot of them didn't know before more of a
24 fuller picture of their choices available to them

22

1 and the options available to them, so as a start
2 that would be -- that there are people who do care
3 about them and that there is real help; that would
4 be a minimum.
5    Q.  Just to pause on the minimum, if a woman
6 listens to you, speaks to you, takes literature from
7 you, are you achieving that minimum level of success
8 do you think?
9    A.  Well, not as I would have, not as I was
10 before, no, because there is -- like if I'm there by
11 myself, I cannot be on both sides at the same time
12 and so I can't engage -- if I am on the left side in
13 front of Star Market and someone is coming from the
14 right, it's just not really possible for me to get
15 over there to be able to even do this minimum
16 amount.
17    Q.  So let me --
18    A.  Because what is important is, more than
19 like a sign or anything, is actually engaging and
20 having a real conversation, letting them know -- if
21 it's through me, great -- that there are real people
22 who can help them and want to help them, and that is
23 why, even more than handing the thing, it's
24 important to be able to speak to them in a human

23

1 way, because there really is a personal element
2 that, you know, is not just a slogan, it's really
3 help.
4    Q.  I'm assuming, but tell me if I'm wrong,
5 that sometimes you approach or try to speak with a
6 woman who isn't interested and goes on her way; is
7 that fair to say?
8    A.  Yes.
9    Q.  And you have already said, I guess a couple
10 of times, sorry about that, that in a typical
11 morning you are able to succeed in having real
12 conversation with 10 or more women; is that fair?
13    A.  Yes.  I mean real, some kind of real
14 engagement, yes.
15    Q.  Now, I had interrupted you, you described
16 for you what would be sort of the minimum level of
17 communication or success you are hoping to achieve.
18 What beyond that minimum level would you hope to
19 accomplish through your efforts outside the clinic?
20    A.  I would hope that the woman chooses to keep
21 her child, that if she needed it she was able to get
22 the real help and support that she needs and that in
23 a lot of cases we can offer.
24    Q.  Have you been able in the past three and a

24

1 half years to guide women who you meet outside the
2 clinic in Boston to, as you say, help and support
3 that is not from Planned Parenthood?
4    A.  Yes.
5    Q.  Tell me more about the help and support you
6 have been able to guide women to?
7    A.  Well, a number of women have, one, chosen
8 not to have the abortion, and others, specifically
9 through the help of the Woman's Concern and Eleanor
10 have -- I have participated in baby showers that
11 were done and all sorts of gifts that were given in
12 support, bringing money and checks to women to help
13 pay their rent to -- from baby showers to being like
14 the courier even from someone else to help pay the
15 rent or helping them with food, and clothes, and
16 diapers.
17    Q.  Since November of 2007, again when the law
18 was changed, how many women have you helped convince
19 not to have an abortion?
20    A.  I can't recall an exact number.
21    Q.  I don't need an exact number, but what is
22 your best estimate based on your memory?
23    A.  Honestly I can't think of a number at the
24 moment because I haven't kept track of how many I

25

1 specifically have helped -- or not helped, but
2 convinced otherwise.
3    Q.  Do you think it's at least one woman?
4    A.  Yes.
5    Q.  More than one?
6    A.  Yes.
7    Q.  More than 10?
8    A.  I think so.
9    Q.  Are you also aware of women who Eleanor, or
10 somebody else who is doing work on the sidewalk in
11 front of the Boston clinic, have convinced not to
12 abort her child?
13    A.  Yes.
14    Q.  And you're aware of this through how;
15 meeting these women at baby showers or talking to
16 Eleanor?  Explain to me how you are aware of it.
17    A.  Talking to Eleanor, at different -- helping
18 to bring -- collect gifts for different baby showers
19 or Baptisms that may be happening, like
20 participating in Baptisms, bringing food to them,
21 so...  and then Bill Cotter will send -- has
22 different e-mails where he will say -- he will just
23 sort of mention a woman today decided this so...
24    Q.  In these various ways how many women are

26

1  you aware of who, through contacts made outside the
2  clinic in Boston, the Planned Parenthood Clinic,
3  have been given help or support through the group of
4  people you have been talking about?
5      A.  A number?
6      Q.  A vague sense of how many are we talking;
7  three, thirty, a hundred?  You know, order of
8  magnitude.
9      A.  I think more than a hundred.
10     Q.  Have you been involved, in the times that
11  you have spent outside the clinic, in helping
12  convince women to go to a Woman's Concern?
13     A.  Yes.  At one point, A Woman's Concern,
14  there was an office for Woman's Concern down the
15  street -- there was, there is no longer -- and then
16  also to the center in Dorchester.
17     Q.  Again, I know these are hard question to
18  remember, but roughly how many women have you helped
19  convince go to see folks at A Woman's Concern
20  instead of going into Planned Parenthood?
21     A.  More than five.
22     Q.  When you are outside the clinic, either
23  alone or with Eleanor, have you seen anyone else
24  present at those times engaged in some sort of

27

1  expressive or communicative activity near the buffer
2  zone?
3      A.  Yes.
4      Q.  Tell me about what you have seen or heard.
5      A.  I've seen people there praying, I've seen
6  people there holding signs, and I've seen people
7  there -- I mean, I have mostly seen people there
8  praying.
9      Q.  Do you remember the substance of any of the
10  signs that you have seen people holding nearby this
11  buffer zone?
12     A.  I remember signs, you know, advocating life
13  and helping the baby or the woman.
14     Q.  Have you by any chance ever been on one
15  side of the buffer zone and seen somebody holding a
16  sign on the other side of the buffer zone?
17     A.  I can't recall that happening.
18     Q.  Have you seen anybody else near the Boston
19  clinic handing out literature?
20     A.  Yes.
21     Q.  Tell me what you observed in that regard.
22     A.  I've seen one woman who hands out rosaries
23  and some other form of -- I don't know which one, it
24  might be this -- standing on one side handing it

28

1  out.
2      Q.  Do you know her name by any chance?
3      A.  I can't remember right now.  I do, but I...
4      Q.  It happens to me all the time.  It's a
5  curse.
6      A.  I can't remember.
7      Q.  In the disclosures that you had to make
8  during this case you listed the names of a number of
9  people, some of them you touched on, but I'm going
10  to go through those names and ask you to tell me
11  what you observed each of them doing in front of the
12  clinic.
13         Bill Cotter, first of all.  We spoke
14  about him some but --
15     A.  Yes.
16     Q.  Tell me your understanding based on your
17  observations of what Bill Cotter does outside the
18  clinic.
19     A.  I've seen Bill pray outside and I've seen
20  him document with pictures what is going on.
21     Q.  Meaning take photographs?
22     A.  Like take photos.  And I've seen Bill try
23  to organize to make sure there was someone there.
24     Q.  What is your understanding of how Bill goes

29

1  about organizing just to try to make sure someone is
2  there?
3      A.  He calls or sends an e-mail.
4      Q.  Are there particular times of day or days
5  of the week that Bill is trying to make sure someone
6  is outside the clinic?
7      A.  All the days they are opened, so Tuesday to
8  Saturday.
9      Q.  Is morning the main time when he is trying
10  to get people there or is he trying to get people
11  there all day long?
12     A.  I'm not sure.  Definitely in the morning.
13  In the afternoon as well.  I don't know exactly what
14  he is thinking or in terms of the entire workday,
15  but absolutely in the morning.
16     Q.  What else have you seen or heard Bill
17  Cotter doing with respect to activities outside the
18  Boston clinic?
19     A.  I've seen him encouraging the people there
20  who are either praying or trying to talk to the
21  women.
22     Q.  Anything else?
23     A.  I think I've seen Bill a couple of times
24  himself trying to talk to the women.

30

1    Q. Anything else?
2    A. I can't think of anything else.
3    Q. Who is Ruth Schiavone, S-c-h-i-a-v-o-n-e?
4    A. Ruth is a woman who also is there, tries to
5 talk to the women.  Ruth is the one who hands out
6 the rosaries.
7    Q. So you have seen Ruth near the buffer zone
8 speaking with women, handing them rosaries.
9    A. Yes.
10   Q. Handing literature to women?
11   A. Yes.
12   Q. What else have you seen or heard Ruth doing
13 outside of the clinic buffer zone?
14   A. Just trying to engage and talk to the women
15 and praying.
16   Q. As much as you were?
17   A. Yes.
18   Q. How frequently do you see Ruth near the
19 clinic?
20   A. I'm not sure.  I think Ruth is there pretty
21 regularly on Tuesday, but I'm not -- I'm not sure
22 which day, but I think she tries to come weekly.
23   Q. So your understanding is either from Ruth
24 or from -- is it from Ruth or Bill who told you that

31

1 Ruth is there usually once a week or somebody else?
2    A. I can't remember who told me.
3    Q. How frequently are you and she there at the
4 same time?
5    A. I'm not sure how to answer it.  I think --
6 I mean, whenever she is there we are there at the
7 same time whenever we are both there.  Sometimes.
8    Q. Far less frequently then when you and
9 Eleanor McCullen are there together?
10   A. Yes.
11   Q. How old is Ruth?
12   A. I don't know.
13   Q. Roughly?
14   A. Well, she is older than I am.  Depending on
15 how you mean, significantly older than I am.
16   Q. Who is Jean Blackburn Zarrella?
17   A. Jean is another woman who at times has come
18 out and prayed and spoken with women.
19   Q. You've observed Jean Zarrella outside the
20 Boston clinic from time to time?
21   A. I've observed her there, yes.
22   Q. What have you seen or heard Jean do?
23   A. Trying to speak to the women and pray.
24   Q. Have you seen Jean trying to hand

32

1 literature to anyone?
2    A. I can't remember.
3    Q. Does Jean ever stand with or hold a sign?
4    A. I can't remember.
5    Q. How about Ruth, does she ever stand with or
6 hold a sign?
7    A. I don't remember that either.
8    Q. Who is Michael Sheehan?
9    A. He is someone I go to school with and I
10 have seen a few times in the morning when I have
11 been there.  He speaks Spanish, so he can speak to a
12 lot of people that I cannot.
13   Q. Have you and he ever gone there together or
14 you just coincidentally run into him?
15   A. I have never gone there with him.  He would
16 take the train there.
17   Q. Is that how you get there as well?
18   A. I drive.
19   Q. Where do you park?
20   A. Generally at different metered spots on
21 Commonwealth Ave.
22   Q. Do you have any -- or put any signs on or
23 in your car when you are parked near the clinic?
24   A. No.

33

1    Q. Do you have any bumper stickers on your
2 car?
3    A. No.
4    Q. What have you seen and observed Michael
5 Sheehan doing near the buffer zone outside the
6 Boston clinic?
7    A. I have seen him praying and I've seen him
8 talking with women and speaking Spanish and talking
9 with the Spanish people.
10   Q. Have you ever seen Michael holding or with
11 a sign?
12   A. I don't remember.
13   Q. Have you seen him handing literature to
14 anyone?
15   A. Yes.
16   Q. Do you happen to know whether he hands out
17 a Spanish language flyer in particular?
18   A. I don't know.  I can't remember.
19   Q. Who is Paul Williams?
20   A. He is a man who I've seen there on
21 Saturdays.
22   Q. With a large group?
23   A. With a large group, yes.
24   Q. What have you seen or heard Paul Williams

34

1  doing when he is outside this clinic?
2      A.  I don't know if he leads it, but he is one
3  of the leaders of the prayer and the rosary and the
4  chaplet.
5      Q.  Eleanor McCullen, what have you seen or
6  heard Eleanor doing outside the Boston clinic?
7      A.  I have seen her talk with the women and
8  I've seen her pray out there.  I don't remember if
9  I've seen her hand literature.  No, I have,
10  actually.
11      Q.  Have you participated in or heard some
12  conversations that Eleanor has had with women on the
13  sidewalk outside the Boston clinic?
14      A.  Yes.
15      Q.  Do you think she is pretty effective in
16  those conversations?
17      A.  I think she is -- you know, she is able to
18  offer her perspective and help when she is able to
19  engage the women.
20      Q.  Is she good at engaging and communicating
21  with the women she is speaking to on the sidewalk?
22      A.  Yes.
23      Q.  Do you think you have gotten good at doing
24  that?

36

1          COURT REPORTER'S CERTIFICATE
2      I, Carol A. Pagliaro, Registered Merit Reporter
3  and Notary Public in the Commonwealth of
4  Massachusetts (my commission expires (04/27/2018),
5  hereby certify that the foregoing transcript of the
6  deposition of Eric Cadin, taken on May 11, 2011, in
7  the matter of Eleanor McCullen, et al. v. Martha
8  Coakley, et al., is a true and accurate
9  transcription of my stenographic notes, to the best
10  of my skill and ability, and that the deponent was
11  sworn by me, having provided satisfactory evidence
12  of identification as required by Executive Order 455
13  (03-13) of the Governor.
14      I certify further that I am neither counsel for,
15  related to, nor employed by any parties to the above
16  action and that I am not a relative or employee of
17  any attorney or counsel employed by the parties
18  thereto, nor financially or otherwise interested in
19  the outcome of the action.
20      Transcript review was requested of the reporter.
21
22      _____
23  DATED:  5/20/11       Carol A. Pagliaro
24

35

1      A.  I try.
2      Q.  Do you think you have gotten good at it?
3      A.  I think I have gotten better.
4      Q.  We are going to take a real short break so
5  we can figure out whether we have any more questions
6  for you or not.
7          (Recess taken.)
8          (Whereupon, at 1:49 p.m. the deposition
9  was concluded.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

37

1      SIGNATURE PAGE/ERRATA SHEET
2  I, Eric Cadin, hereby certify that I have read the
3  foregoing transcript of my testimony, and further
4  certify under the pains and penalties of perjury
5  that said transcript is a true and accurate record
6  of said testimony (with the exception of the
7  following changes listed below):
8  Page    Line    Change and Reason Therefor
9
10
11
12
13
14
15
16
17
18
19
20
21  Signed this_____ day of _____, 2011.
22
23
24          Eric Cadin

Eric Cadin - Vol. 1 - 5/11/2011

```
 1   WITNESS:  Eric Cadin
 2   DATE:      May 11, 2011
 3   CASE:      Eleanor McCullen, et al. v.
 4              Martha Coakley, et al
 5
 6   DISTRIBUTION TO COUNSEL  The original signature
 7   page/errata sheet was sent to Atty. DePrimo to
 8   obtain signature from the deponent.  When signed,
 9   please send original to Atty. Viator.
10
11   WITNESS INSTRUCTIONS  After reading the transcript
12   of your deposition, please note any change or
13   correction and the reason for it on the errata
14   sheet.  DO NOT make any notations on the transcript
15   itself.  Use additional sheets if necessary.
16
17
18   SIGN AND DATE THE ERRATA SHEET and return it, along
19   with the transcript, to your counsel.
20
21
22
23
24
```

### A

**AAG** 3:12,14
**ability** 16:17 36:10
**able** 8:2 19:16,17 20:5
  20:17 22:15,24
  23:11,21,24 24:6
  34:17,18
**abort** 25:12
**abortion** 9:12,15,19
  9:21 10:7 18:5 24:8
  24:19
**absolutely** 29:15
**accompanying** 9:13
  10:1 16:23,24
**accomplish** 21:2
  23:19
**accurate** 36:8 37:5
**achieve** 23:17
**achieving** 22:7
**action** 36:16,19
**activities** 29:17
**activity** 27:1
**actual** 19:20
**additional** 38:15
**advocating** 27:12
**afternoon** 5:10 29:13
**aggressive** 10:3
**ago** 15:7
**al** 1:5,7 36:7,8 38:3,4
**Alcorn** 11:16,22 12:21
  20:13
**amount** 18:9 22:16
**amplify** 17:12
**and/or** 12:17
**answer** 5:14 31:5
**anybody** 9:2 17:11,21
  19:23 27:18
**approach** 23:5
**approaching** 12:17
**approximately** 6:3
  18:10
**area** 12:13
**ARSENAULT** 1:20
**Ashburton** 3:17
**aside** 9:15
**asked** 7:20
**asks** 12:4
**assume** 5:12
**assuming** 23:4
**attempt** 18:18
**attorney** 1:6 2:8,10,12
  2:13,15 3:11 36:17
**Atty** 1:14 3:4 4:4 5:9
  38:7,9
**available** 9:15,16 10:6
  10:16 18:20 21:4,24

22:1
**Ave** 11:1,3 32:21
**Avenue** 3:5 11:13
**aware** 25:9,14,16 26:1

### B

**baby** 18:3 24:10,13
  25:15,18 27:13
**back** 18:13
**background** 18:3
**Baptisms** 25:19,20
**barrel** 13:5
**Barron** 3:23
**based** 24:22 28:16
**BASHOUR** 2:5
**basically** 20:14
**BEEBE** 2:5
**behalf** 5:3
**believe** 8:7
**benefit** 20:18
**best** 18:11 24:22 36:9
**better** 35:3
**beyond** 23:18
**Bill** 7:23 8:5,8 19:9
  25:21 28:13,17,19
  28:22,24 29:5,16,23
  30:24
**Blackburn** 2:2 31:16
**block** 16:16
**blue** 13:3 18:2
**Boston** 1:16,23 3:16
  3:18 5:23 6:23 8:6
  8:11 9:9 11:10 24:2
  25:11 26:2 27:18
  29:18 31:20 33:6
  34:6,13
**bottom** 11:12
**break** 35:4
**brief** 18:19
**Brighton** 6:9
**bring** 25:18
**bringing** 9:12 24:12
  25:20
**BROCK** 1:20
**Brookline** 6:20
**buffer** 5:20 12:24 13:4
  13:6 19:15 20:3,6,11
  27:1,11,15,16 30:7
  30:13 33:5
**bumper** 33:1
**busy** 12:18

### C

**C** 3:1 5:1
**Cadin** 1:12 2:3 4:3 5:2
  5:10 36:6 37:2,24
  38:1

**called** 5:3
**calls** 29:3
**Cambridge** 1:15 3:15
**Caption** 1:10
**car** 32:23 33:2
**care** 21:6 22:2
**CARMEL** 2:3
**Carol** 1:18 36:2,23
**case** 6:15,19 28:8 38:3
**cases** 20:11 23:23
**center** 26:16
**centers** 21:5
**certainly** 17:8 21:14
**CERTIFICATE** 36:1
**certify** 36:5,14 37:2,4
**chance** 18:23 27:14
  28:2
**change** 37:8 38:12
**changed** 5:19 24:18
**changes** 37:7
**chaplet** 17:4 34:4
**checks** 24:12
**child** 21:7 23:21 25:12
**Choate** 3:5
**choice** 21:9
**choices** 21:24
**chooses** 23:20
**chosen** 24:7
**CLARK** 2:4
**class** 6:5 7:10,11
**clinic** 5:23 6:14,17,20
  6:23 9:9 11:10 12:22
  14:15 20:20 21:20
  23:19 24:2 25:11
  26:2,2,11,22 27:19
  28:12,18 29:6,18
  30:13,19 31:20
  32:23 33:6 34:1,6,13
**closer** 19:19
**clothes** 24:15
**clothing** 9:24
**Coakley** 1:6 2:8 36:8
  38:4
**coincidentally** 32:14
**collect** 25:18
**color** 19:2
**come** 30:22 31:17
**coming** 9:11 22:13
**Comm** 11:1,3
**commission** 36:4
**Commonwealth** 1:7
  2:9 5:12 11:13 32:21
  36:3
**communicating** 34:20
**communication** 23:17
**communicative** 27:1
**Complete** 1:10

**Concern** 18:17 21:11
  24:9 26:12,13,14,19
**concluded** 35:9
**confidence** 18:9
**Congress** 1:22
**CONLEY** 2:10
**contacts** 26:1
**convenient** 7:18,22
**conversation** 9:14,22
  10:13,15 12:9 14:3,8
  14:11,21 20:22,24
  22:20 23:12
**conversations** 21:1
  34:12,16
**convince** 24:18 26:12
  26:19
**convinced** 25:2,11
**copies** 19:8,12
**correct** 5:24 19:20
**correction** 38:13
**Cotter** 7:23 8:5,8 19:9
  25:21 28:13,17
  29:17
**counsel** 3:9,21 15:24
  36:14,17 38:6,19
**County** 2:11,12,14,15
**couple** 14:20 23:9
  29:23
**couples** 14:2
**courier** 24:14
**Court** 12:4 36:1
**crazy** 16:14
**crucifix** 17:5,7,9,10
**CSR/RPR/RMR** 1:18
**CT** 3:6
**curse** 28:5
**CYRIL** 2:4

### D

**D** 2:14 4:1 5:1
**DANIEL** 2:9
**DATE** 38:2,18
**DATED** 36:23
**day** 7:1,2,12 8:3 29:4
  29:11 30:22 37:21
**days** 7:17,17,19 17:2
  29:4,7
**decats** 17:17
**decided** 25:23
**decision** 10:18
**Defendants** 1:8 2:16
  3:21 5:3
**Definitely** 29:12
**demeanor** 10:20,21
**depend** 7:5,9
**Depending** 31:14
**depict** 12:20

**deponent** 36:10 38:8
**deposed** 5:6
**deposition** 1:12 35:8
  36:6 38:12
**DePRIMO** 3:3,4 38:7
**describe** 15:3
**described** 12:11 15:22
  23:15
**describing** 12:20
  15:18
**Devine** 17:4
**diapers** 24:16
**different** 13:17,19
  14:2 17:18 25:17,18
  25:22 32:20
**difficult** 20:4
**DIRECT** 5:8
**directly** 12:16 13:10
**disclosures** 28:7
**DISTRIBUTION**
  38:6
**District** 1:2,3 2:10,11
  2:13,15
**document** 28:20
**doing** 10:24 15:22,22
  16:10,13 17:1 25:10
  28:11 29:17 30:12
  33:5 34:1,6,23
**DONALD** 2:4
**door** 16:11
**Dorchester** 26:16
**drive** 32:18
**driver's** 5:5
**drown** 16:12
**duly** 5:5

### E

**E** 3:1,1 4:1 5:1,1
**EARLY** 2:14
**easier** 20:7
**easily** 20:8
**edge** 12:18
**effective** 34:15
**efforts** 23:19
**either** 11:21 16:9,16
  18:1,14 19:9 26:22
  29:20 30:23 32:7
**Eleanor** 1:5 2:2 8:9,24
  9:3 13:14 18:14 19:9
  24:9 25:9,16,17
  26:23 31:9 34:5,6,12
  36:7 38:3
**element** 23:1
**Ellen** 11:7
**employed** 36:15,17
**employee** 36:16
**employees** 16:2

encourage 21:10
encouraging 29:19
engage 10:2,14,19
  12:8 13:21 14:8,11
  16:17 20:21 22:12
  30:14 34:19
engaged 9:22 26:24
engagement 23:14
engaging 10:12 16:8
  22:19 34:20
entire 29:14
entirely 5:17
entrance 11:15,19
  12:22 13:15
entranceway 19:20
Eric 1:12 2:3 4:3 5:2
  36:6 37:2,24 38:1
errata 38:13,18
escape 9:4
escort 16:6
escorts 16:2,4
estimate 14:7 18:11
  24:22
et 1:5,7 36:7,8 38:3,4
evidence 36:11
exact 18:9 24:20,21
exactly 18:8 29:13
EXAMINATION 4:2
  5:8
example 6:10 11:9
  17:7 21:17
exams 7:10
exception 37:6
exclusively 9:8
Executive 36:12
Exhibit 11:8 12:19
  18:22 19:5
exhibits 11:6
expires 36:4
Explain 25:16
explicitly 9:21
express 9:14
expressive 27:1
extensive 14:21
e-mail 29:3
e-mails 25:22

**F**

F 2:9
fair 23:7,12
fanatics 16:15
far 20:6 31:8
FARMER 1:20
FARRELL 2:3
Fax 1:24
feel 21:9
female 13:18

figure 35:5
financially 36:18
first 28:13
five 17:17 26:21
Fl 3:15,17
Floor 1:15
flyer 33:17
focusing 5:18 17:20
folks 26:19
follow 16:10
following 37:7
follows 5:7
food 24:15 25:20
force 21:16
forced 10:18
foregoing 36:5 37:3
form 18:19 27:23
free 7:4
frequently 30:18 31:3
  31:8
friend 9:24
friendly 10:20
friends 10:10
front 11:4,9,22 12:13
  12:16 13:10 20:13
  20:14 22:13 25:11
  28:11
fuller 21:24
further 36:14 37:3

**G**

G 2:12 5:1
Gabrielle 3:14
gabrielle.viator@st...
  3:19
gather 5:22
gathering 15:17
gatherings 15:1 18:6
General 1:7,14 2:8
  3:11
generally 6:6 11:24
  12:2 32:20
generated 18:17
gentleman 13:3
gifts 24:11 25:18
give 10:4 20:12,17
given 17:18 24:11
  26:3
go 6:2,11,14,20,23,24
  7:2,3,5,12,14,16,17
  8:3,13 9:17 10:12
  14:19 15:6 16:6
  26:12,19 28:10 32:9
goal 21:2
goes 23:6 28:24
going 5:16,17 7:12
  9:18,20,22 10:2,7

11:8 12:9 16:1,5
  18:18 19:23 20:7,15
  20:16 21:11 26:20
  28:9,20 35:4
GOLDEN 2:4
good 5:10 10:8 34:20
  34:23 35:2
gotten 20:11 34:23
  35:2,3
Governor 36:13
great 22:21
GREGORY 2:3
ground 17:7
group 14:20 15:4,7,8
  16:23,24 17:4,21
  26:3 33:22,23
groups 14:24 15:20
  16:20
guess 10:21 16:2 23:9
guide 24:1,6

**H**

half 5:18 14:1 19:11
  24:1
Hamden 3:6
Hampden 2:14
hand 18:14,17,18
  19:12,16,17,22 20:4
  31:24 34:9
handing 19:7 22:23
  27:19,24 30:8,10
  33:13
hands 27:22 30:5
  33:16
happen 33:16
happened 15:5
happening 15:19
  25:19 27:17
happens 28:4
hard 26:17
harder 20:17
heard 16:19 27:4
  29:16 30:12 31:22
  33:24 34:6,11
hearing 16:7
held 14:16,18
hello 10:14
help 9:16 10:6,16,24
  12:19 18:21 21:4,7,7
  21:8,18 22:3,22,22
  23:3,22 24:2,5,9,12
  24:14 26:3 34:18
helped 24:18 25:1,1
  26:18
helpful 10:8
helping 24:15 25:17
  26:11 27:13

hold 14:21 15:11 32:3
  32:6
holding 15:13 17:5,6
  27:6,10,15 33:10
Honestly 24:23
hope 23:18,20
hoping 21:10 23:17
hours 7:1 8:13,14 14:1
  18:8,10,11 19:11
human 10:19 22:24
hundred 26:7,9

**I**

identification 36:12
identified 5:4
identify 16:4
illustrative 15:17
impede 16:16
important 22:18,24
information 10:5,8,11
  18:20 21:22
inside 13:4 20:6
INSTRUCTIONS
  38:11
interaction 21:19
interested 23:6 36:18
interrupted 23:15
inviting 10:20,21
involved 26:10
issue 6:14

**J**

J 3:3,4
Jean 2:2 31:16,17,19
  31:22,24 32:3
John's 6:9
joined 15:8
JOSEPH 2:14
JR 2:14

**K**

keep 23:20
Ken 5:11
Kenneth 3:12
ken.salinger@state....
  3:20
kept 24:24
khaki 13:4
kind 20:24 23:13
know 5:10,13 8:8 9:18
  9:20 10:4,11,17,20
  14:4 16:21 20:7 21:3
  21:22,23 22:20 23:2
  26:7,17 27:12,23
  28:2 29:13 31:12
  33:16,18 34:2,17
known 8:1 10:16

**L**

language 33:17
large 14:20 15:4,7,9
  17:4,6,9 33:22,23
larger 14:23 15:20
  16:19
law 3:3 24:17
lawyers 5:11
lead 17:18
leaders 34:3
leading 17:3,16
leads 34:2
leave 6:19
lecturing 10:23
left 11:22 20:13 22:12
legislature 5:19
letting 22:20
let's 13:13 18:13
level 22:7 23:16,18
license 5:5
life 16:15 18:4 27:12
liked 19:19
limited 6:5
line 12:24 13:1,4 37:8
listed 28:8 37:7
listened 16:14
listens 22:6
literally 16:6,9
literature 18:15 19:23
  20:1,5 22:6 27:19
  30:10 32:1 33:13
  34:9
little 18:3
LLC 1:20
location 12:11 13:9
  19:22
long 18:7 29:11
longer 26:15
look 9:23
looking 11:3,19 12:21
  16:22
loose-fitting 9:24
lot 18:19 20:10,15
  21:9,23 23:23 32:12

**M**

MA 1:16 3:16,18
magnitude 26:8
Mailing 3:17
main 29:9
male 13:18
man 33:20
MARK 2:5,12
marked 11:6,8 12:19
  16:3 18:22
Market 11:4,17,23

20:14,16 22:13
**Martha** 1:6 2:8 36:7
  38:4
**Massachusetts** 1:3,7
  1:23 2:9 36:4
**MASTROIANNI**
  2:13
**matter** 36:7
**McCULLEN** 1:5 2:2
  8:9,24 11:7 13:14
  19:9 31:9 34:5 36:7
  38:3
**mean** 10:7 20:15
  23:13 27:7 31:6,15
**Meaning** 28:21
**meet** 24:1
**meeting** 25:15
**memory** 24:22
**men** 9:6 16:1
**mention** 25:23
**Mercy** 17:4
**Merit** 36:2
**message** 16:16
**met** 5:11 8:9
**metered** 32:20
**Michael** 2:11 3:3,4
  32:8 33:4,10
**michaeldeprimo@g...**
  3:8
**microphone** 17:12,15
  17:19
**mind** 15:18 18:23,24
  19:3
**minimum** 21:21 22:4
  22:5,7,15 23:16,18
**mix** 8:19
**Mm-hmm** 11:18 12:3
**Mm-mm** 8:12
**moment** 9:5 10:10
  24:24
**money** 24:12
**month** 6:3,4 7:3,8
  15:1
**months** 15:7
**morning** 7:1 8:14 11:7
  13:24 19:10 20:19
  23:11 29:9,12,15
  32:10
**MORRISSEY** 2:11
**Murder** 18:5

**N**

**N** 3:1 4:1 5:1
**name** 28:2
**names** 9:4 28:8,10
**NANCY** 2:4
**near** 27:1,18 30:7,18

32:23 33:5
**nearby** 27:10
**necessary** 38:15
**need** 8:2 21:13,14
  24:21
**needed** 23:21
**needs** 23:22
**neither** 36:14
**never** 15:18 32:15
**NOREEN** 2:5
**Norfolk** 2:12
**Notary** 5:5 36:3
**notations** 38:14
**note** 38:12
**notes** 36:9
**November** 24:17
**number** 8:20 9:1,21
  10:22 14:5,6,7 15:9
  16:15 24:7,20,21,23
  26:5 28:8

**O**

**O** 5:1
**observations** 28:17
**observed** 27:21 28:11
  31:19,21 33:4
**obtain** 38:8
**occasions** 14:16,18
**offer** 23:23 34:18
**office** 1:14 3:3,11
  26:14
**Office/Fax** 3:7
**Okay** 5:21
**old** 31:11
**older** 13:18 19:1 31:14
  31:15
**once** 6:3,4,6,11,12 7:3
  7:12 31:1
**ones** 18:6
**open** 7:5
**opened** 29:7
**Operation** 8:5
**opposite** 13:23
**options** 9:14 10:5,17
  22:1
**orange** 13:5
**order** 26:7 36:12
**organize** 28:23
**organizes** 7:23 8:5
**organizing** 29:1
**original** 38:6,9
**outcome** 36:19
**outside** 5:23 6:23 9:9
  13:6 14:15 20:2,20
  21:20 23:19 24:1
  26:1,11,22 28:17,19
  29:6,17 30:13 31:19

33:5 34:1,6,13

**P**

**P** 3:1,1 5:1
**Page** 1:10 4:2 37:8
**Pages** 1:1
**page/errata** 37:1 38:7
**Pagliaro** 1:18 36:2,23
**pains** 37:4
**pairs** 10:1
**pamphlet** 18:16,22
**pants** 13:4
**papers** 7:10
**Parenthood** 5:23 8:10
  9:17 11:3,10,16,20
  12:10,22 16:3,3
  20:16 21:12 24:3
  26:2,20
**park** 32:19
**parked** 32:23
**part** 6:24
**participated** 24:10
  34:11
**participating** 25:20
**particular** 8:3,23 10:9
  17:14 21:15,15,17
  29:4 33:17
**particularly** 7:2
**parties** 36:15,17
**passing** 18:19
**Paul** 33:19,24
**pause** 20:21 22:5
**pay** 24:13,14
**penalties** 37:4
**people** 7:24 8:23 9:12
  12:9 14:7,10,22 15:9
  15:21,24 16:5,23
  17:5,6,8,22 19:24
  20:15,17 21:5 22:2
  22:21 26:4 27:5,6,6
  27:7,10 28:9 29:10
  29:10,19 32:12 33:9
**period** 5:17
**periodically** 5:22
**perjury** 37:4
**person** 13:21 16:10,12
  17:14,18
**personal** 10:19 23:1
**perspective** 10:21
  13:17,17 34:18
**photograph** 11:13
**photographs** 28:21
**photos** 15:17 28:22
**pick** 7:18,19
**picked** 16:7
**picture** 10:24 11:9
  21:24

**pictures** 11:6 28:20
**place** 3:17 21:17,18
**Plaintiffs** 1:5 2:6 3:9
**Planned** 5:23 8:10
  9:17 11:3,10,15,20
  12:10,22 16:3,3
  20:16 21:11 24:3
  26:2,20
**please** 38:9,12
**point** 26:13
**position** 12:10,12
**possible** 19:18 20:12
  22:14
**pray** 15:10 28:19
  31:23 34:8
**prayed** 31:18
**prayer** 17:12 34:3
**prayers** 17:11
**praying** 15:23 17:3,4
  27:5,8 29:20 30:15
  33:7
**precise** 14:5
**predominantly** 9:7
**present** 3:23 21:6
  26:24
**pretty** 30:20 34:15
**prevent** 16:7
**previously** 19:16,19
**primarily** 15:10
**pro** 16:15
**production** 5:4
**provided** 36:11
**Public** 36:3
**Public/Court** 5:6
**put** 32:22
**p.m** 1:13 35:8

**Q**

**question** 26:17
**questions** 5:14,16 35:5

**R**

**R** 3:1 5:1
**read** 37:2
**reading** 38:11
**real** 10:6 21:18 22:3
  22:20,21 23:11,13
  23:13,22 35:4
**really** 10:11 21:6
  22:14 23:1,2
**reason** 7:21 14:11
  37:8 38:13
**reasons** 9:18 14:22
**recall** 24:20 27:17
**receive** 21:21
**Recess** 35:7
**record** 37:5

**regard** 27:21
**Registered** 36:2
**regular** 6:22
**regularly** 30:21
**related** 36:15
**relative** 36:16
**remaining** 20:2
**remember** 15:15,19
  17:8,9,24 18:2 19:2
  26:18 27:9,12 28:3,6
  31:2 32:2,4,7 33:12
  33:18 34:8
**rent** 24:13,15
**reporter** 1:18 5:6 12:4
  36:2,20
**REPORTER'S** 36:1
**representing** 5:12
**requested** 36:20
**required** 36:12
**Rescue** 8:6
**respect** 29:17
**respond** 12:5
**rest** 17:7
**return** 38:18
**review** 36:20
**right** 6:12 8:6 11:4,10
  11:21,24 12:17,21
  13:1 22:14 28:3
**rosaries** 27:22 30:6,8
**rosary** 17:3,3,17 34:3
**rough** 14:7
**roughly** 20:23 26:18
  31:13
**run** 32:14
**runs** 8:5
**Ruth** 30:3,4,5,7,12,18
  30:20,23,24 31:1,11
  32:5

**S**

**S** 3:1 5:1
**Salinger** 3:12 4:4 5:9
  5:11
**satisfactorily** 5:4
**satisfactory** 36:11
**Saturday** 15:8,21
  16:19 18:6 29:8
**Saturdays** 14:24 15:4
  17:20 33:21
**saw** 16:18
**saying** 11:20 16:13
**schedule** 6:22 7:5,23
**Schiavone** 30:3
**school** 6:4,8 15:8 32:9
**second** 7:7 14:24 15:8
**see** 10:22 11:15,17
  12:16 13:7,13 17:6

20:7 26:19 30:18
**seeking** 12:8
**seen** 26:23 27:4,5,5,6
  27:7,10,15,18,22
  28:19,19,22 29:16
  29:19,23 30:7,12
  31:22,24 32:10 33:4
  33:7,7,10,13,20,24
  34:5,7,8,9
**Seminary** 6:9
**send** 25:21 38:9
**sends** 29:3
**sense** 26:6
**sent** 38:7
**series** 5:13
**services** 18:20 21:13
  21:15,16
**session** 6:6 7:11
**set** 7:9
**SHEA** 2:4
**Sheehan** 32:8 33:5
**sheet** 37:1 38:7,14,18
**sheets** 38:15
**Shelley** 3:23
**shirt** 13:3
**short** 35:4
**show** 11:8
**showers** 24:10,13
  25:15,18
**side** 12:7,7 13:15,21
  20:9,10,13,13 22:12
  27:15,16,24
**sides** 12:15,16 13:23
  22:11
**sidewalk** 11:1,2,21
  13:6 14:1 20:20
  25:10 34:13,21
**sign** 14:14,16,18,21
  15:11,13 17:5 18:4,5
  22:19 27:16 32:3,6
  33:11 38:18
**signature** 37:1 38:6,8
**signed** 37:21 38:8
**significantly** 19:15
  31:15
**signs** 17:21,22,23,24
  27:6,10,12 32:22
**situation** 21:8
**skill** 36:10
**slogan** 23:2
**small** 12:13 13:5
  18:16
**Smaller** 19:4
**SMITH** 2:3
**somebody** 7:19 25:10
  27:15 31:1
**sorry** 23:10

**sort** 14:14 16:12 23:16
  25:23 26:24
**sorts** 7:24 21:4 24:11
**sound** 12:5
**Spanish** 32:11 33:8,9
  33:17
**speak** 9:11 22:24 23:5
  31:23 32:11
**speaking** 16:11 30:8
  33:8 34:21
**speaks** 22:6 32:11
**specifically** 6:12 15:15
  16:21 18:1 24:8 25:1
**spend** 5:22
**spent** 26:11
**spoke** 28:13
**spoken** 31:18
**spots** 32:20
**Springfield** 6:17
**St** 6:9
**stand** 11:21 12:1,2,6,6
  12:14 13:10,12,14
  13:20 14:15 16:9
  19:19 20:5 32:3,5
**standing** 12:16 15:12
  27:24
**Star** 11:4,17,23 20:14
  20:15 22:13
**start** 16:11 22:1
**STATES** 1:2
**statute** 5:20
**stenographic** 36:9
**stick** 6:22
**stickers** 33:1
**stop** 10:22 14:8 20:21
**street** 1:15,22 3:15
  11:12,16,22 12:17
  12:18,22 15:12
  20:13 26:15
**strip** 13:6
**substance** 18:1 27:9
**succeed** 23:11
**success** 22:7 23:17
**successful** 21:19
**Suffolk** 2:10
**Suite** 1:22
**summer** 6:12 7:15
**summers** 6:10
**support** 23:22 24:2,5
  24:12 26:3
**sure** 7:24 14:6 28:23
  29:1,5,12 30:20,21
  31:5
**sworn** 5:5 36:11
**S-c-h-i-a-v-o-n-e** 30:3

_____
T
_____

**take** 13:15 19:13,24
  28:21,22 32:16 35:4
**taken** 35:7 36:6
**takes** 22:6
**talk** 10:22 15:24 29:20
  29:24 30:5,14 34:7
**talking** 11:7 13:9
  25:15,17 26:4,6 33:8
  33:8
**tell** 12:21 16:18 23:4
  24:5 27:4,21 28:10
  28:16
**tended** 17:2
**terms** 5:17 29:14
**testified** 5:6
**testimony** 37:3,6
**Therefor** 37:8
**thereto** 36:18
**thing** 22:23
**things** 7:10 16:15 21:6
**think** 16:5 18:4,8,12
  19:1 20:23 22:8
  24:23 25:3,8 26:9
  29:23 30:2,20,22
  31:5 34:15,17,23
  35:2,3
**thinking** 29:14
**thirty** 26:7
**three** 5:18 14:1,1
  19:11,11 23:24 26:7
**Thursday** 7:4,6,7
**time** 5:17,19,22 7:22
  8:4 12:15 18:9 20:9
  22:11 28:4 29:9 31:4
  31:7,20,20
**times** 7:23 9:1 12:6,12
  13:20,22 14:19,20
  14:23 15:10 18:16
  23:10 26:10,24 29:4
  29:23 31:17 32:10
**today** 5:13 25:23
**told** 30:24 31:2
**touched** 28:9
**track** 24:24
**train** 32:16
**transcript** 36:5,20
  37:3,5 38:11,14,19
**transcription** 36:9
**tries** 30:4,22
**true** 36:8 37:5
**try** 6:24 8:3 9:11,13
  9:14 10:2 14:10
  19:22 23:5 28:22
  29:1 35:1
**trying** 10:4 15:24 21:2
  29:5,9,10,20,24
  30:14 31:23,24

**Tuesday** 7:15,15,15
  29:7 30:21
**turn** 18:13
**twice** 6:4,21
**two** 12:11 13:14 15:7
  18:8,10,11
**typical** 13:24 19:10
  20:19 23:10
**typically** 6:11 8:13,15
  8:23 17:15 18:7

_____
U
_____

**understanding** 28:16
  28:24 30:23
**unique** 13:17
**UNITED** 1:2
**use** 10:11 38:15
**usually** 8:17,18 10:1
  31:1

_____
V
_____

**v** 1:6 2:7 36:7 38:3
**vague** 26:6
**various** 25:24
**vary** 7:13,14
**Viator** 3:14 38:9
**view** 12:21
**visit** 21:10
**Volume** 1:1

_____
W
_____

**W** 2:11 3:12
**want** 21:3,15 22:22
**wanted** 15:10 21:13
**wants** 21:7
**way** 10:19 16:4,10,11
  21:22 23:1,6
**ways** 25:24
**Wednesday** 1:13 7:16
**week** 6:7,11,13 7:12
  7:13 29:5 31:1
**weekly** 30:22
**went** 19:18
**weren't** 10:7
**Williams** 33:19,24
**witness** 5:3 12:4 38:1
  38:11
**woman** 21:20 22:5
  23:6,20 25:3,23
  27:13,22 30:4 31:17
**Woman's** 18:17 21:11
  24:9 26:12,13,14,19
**women** 9:6,7,8,11,17
  9:18 14:2 15:24 16:1
  18:18 19:12 20:20
  21:10 23:12 24:1,6,7
  24:12,18 25:9,15,24

26:12,18 29:21,24
  30:5,8,10,14 31:18
  31:23 33:8 34:7,12
  34:19,21
**wondering** 15:16
**Worcester** 2:15 6:15
**word** 12:5
**words** 5:19 15:21
**work** 25:10
**workday** 29:14
**wouldn't** 8:1 21:16
**wrong** 23:4
**www.fabreporters.c...**
  1:21

_____
X
_____

**x** 1:4,9 4:1

_____
Y
_____

**year** 7:4,6
**years** 5:18 24:1
**yelling** 10:23
**yellow** 12:24
**younger** 13:18

_____
Z
_____

**Zarrella** 2:2 31:16,19
**zone** 5:20 12:24 13:4,6
  19:15 20:3,6,11 27:2
  27:11,15,16 30:7,13
  33:5

_____
0
_____

**02108** 3:18
**02109** 1:23
**02114** 1:16 3:16
**03-13** 36:13
**04/27/2018** 36:4
**06518** 3:6

_____
1
_____

**1** 1:1 18:22
**1-37** 1:1
**1:03** 1:13
**1:08-cv-10066-JLT**
  1:6 2:7
**1:49** 35:8
**10** 14:4,6 20:23 23:12
  25:7
**100** 1:15 3:15
**11** 1:13 36:6 38:2
**11th** 3:15
**11:30** 8:16
**12th** 1:15
**12:00** 8:16
**18th** 3:17

```
                    2
20 19:14
2007 24:17
2011 1:13 36:6 37:21
   38:2
203.281.1496 3:7
203.893.9393 3:7

                    3
3 19:5
30 19:14

                    4
415 1:22
455 36:12

                    5
5 4:4
5/20/11 36:23
50 1:22

                    6
6 11:9
617.728.4403 1:24
617.728.4404 1:24

                    7
778 3:5

                    8
8 12:19
8:30 8:15
```

37

  1                SIGNATURE PAGE/ERRATA SHEET

  2   I, **Eric Cadin**, hereby certify that I have read the

  3   foregoing transcript of my testimony, and further

  4   certify under the pains and penalties of perjury

  5   that said transcript is a true and accurate record

  6   of said testimony (with the exception of the

  7   following changes listed below):

  8   Page    Line     Change and Reason Therefor

  9   30    5-6     Remove "Ruth is the one who

10                   hands out rosaries." That woman

11                   is not Ruth.

12    30    9       Change "Yes" to "no". I have not

13                   seen Ruth hand out rosaries

14    30    20-21  Remove "Ruth is there pretty

15                   regularly on Tuesday." She is not

16                   there regularly on Tuesday

17

18

19

20

21   Signed this___2___ day of ___July___, 2011.

22

23   _____

24        Eric Cadin