# EXHIBIT A
## TO THE DECLARATION OF CYRIL E. SHEA, M.D.

