# United States Court of Appeals
## For the First Circuit

_____

No. 12-1334

ELEANOR MCCULLEN; GREGORY A. SMITH; ERIC CADIN; CYRIL SHEA; NANCY CLARK; MARK BASHOUR; JEAN BLACKBURN ZARRELLA

Plaintiffs - Appellants

NOREEN BEEBE; CARMEL FARRELL; DONALD GOLDEN

Plaintiffs

v.

MARTHA COAKLEY, Attorney General for the Commonwealth of Massachusetts; DANIEL F. CONLEY, in his official capacity as District Attorney for Suffolk County; JOSEPH D. EARLY, in his official capacity as District Attorney for Worcester County; MARK G. MASTROIANNI, in his official capacity as District Attorney for Hampden County

Defendants - Appellees

MICHAEL W. MORRISSEY, in his official capacity as District Attorney for Norfolk County

Defendant

_____

Before

Selya and Stahl,
<u>Circuit Judges</u>.

_____

JUDGMENT

Entered: **July 28, 2014**

      In light of the Supreme Court's decision in McCullen, et al. v. Coakley, et al., --- S. Ct. ---, 2014 WL 2882079 (June 26, 2014) reversing this court's decision, we hereby vacate the judgment of the district court and remand for entry of judgment in favor of plaintiffs-appellants Eleanor McCullen, Gregory A. Smith, Eric Cadin, Cyril Shea, Nancy Clark, Mark Bashour, and

Jean Blackburn Zarrella.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Bull, Benjamin Wyman
DePrimo, Michael J.
DuMont, Edward C.
Duncan, Dwight Gerard
Moran, Philip D.
Porter, William W.
Rienzi, Mark L.
Viator, Gabrielle
Zubler, Todd Cornelius