UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELEANOR McCULLEN, JEAN BLACKBURN ZARRELLA, GREGORY A. SMITH, ERIC CADIN, CYRIL SHEA, NANCY CLARK, and MARK BASHOUR,

*Plaintiffs,*

v.

MARTHA COAKLEY, Attorney General for the COMMONWEALTH OF MASSACHUSETTS, DANIEL F. CONLEY, District Attorney for Suffolk County, MARK G. MASTROIANNI, District Attorney for Hampden County, and JOSEPH D. EARLY, District Attorney for Worcester County,

*Defendants.*

Civil Action No.
1:08-CV-10066-GAO

~~[PROPOSED]~~ ORDER

The parties have informed the Court that they have entered into a Settlement Agreement regarding Plaintiffs' claims for attorneys' fees and litigation costs related to the above-captioned matter. Upon request of the parties, this Court retains jurisdiction over this case for the sole purpose of enforcing the parties' Settlement Agreement.

It is SO ORDERED.

Done at Boston, Massachusetts, this 15th day of December, 2014.

_____
United States District Judge